# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DeJESUS RAMIREZ, | Case No. ED CV 11-0270-JCG |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary, California Department of Corrections | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Denying Petition for Writ of Habeas Corpus, Dismissing Action Without Prejudice, and Denying Certificate of Appealability.

DATED: June 1, 2011

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE